**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LOUIS RANDOLPH FARRING,

Plaintiff,

vs.

HARTFORD FIRE INSURANCE COMPANY,

Defendant.

Case No. 2:12-cv-00479-JCM-PAL

**ORDER**

This matter is before the court on the parties' failure to file a joint status report as required in Order (Dkt. #3) entered March 21, 2012, regarding removal of this case to federal district court. On April 9, 2012, Defendant filed a signed Statement (Dkt. #6) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a joint status report regarding removal as required. Accordingly,

**IT IS ORDERED** the parties shall file a joint status report **no later than 4:00 p.m., May 29, 2012,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

///

///

///

4. Counsel need not address or attach any pleadings or papers filed in this court after removal.

Dated this 14th day of May, 2012.

Peggy A. Leen
United States Magistrate Judge