**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LOUIS RANDOLPH FARRING,                )
                                       )
                    Plaintiff,         )    Case No. 2:12-cv-00479-JCM-PAL
                                       )
vs.                                    )    **ORDER**
                                       )
HARTFORD FIRE INSURANCE COMPANY,       )    (Mot to Seal - Dkt. #55)
                                       )
                    Defendant.         )
_____)

Before the court is Defendant's Unopposed Motion to File Under Seal Hartford's Motion for Protective Order Regarding 30(b)(6) Deposition (Dkt. #55). This motion was not accompanied by a proposed order as required by LR 6-2. Additionally, the motion does not establish good cause for filing the motion under seal. Counsel states, in conclusory fashion, that Hartford's Service Agreement with its third party administrator, Sedgwick Claims Management Services is "confidential under the Protective Order in this case."

The court granted the parties' blanket protective order to facilitate the parties' discovery exchanges. However, the court entered a separate order (Dkt#34) finding the parties had not shown, and the court had not found, that any specific documents are confidential. The court called the parties' attention to the presumption of public access, and the Ninth Circuit's decision in *Kamakana v City and County of Honolulu*, 447 F 3d 1172 (9th Cir 2006), and required compliance. A party seeking to maintain confidentiality of documents attached to non dispositive motions must establish good cause to overcome the presumption of public access. This requires specific facts supported by affidavits or concrete examples to establish a particular document is entitled to protection. A statement that the document was designated confidential pursuant to the court's blanket protective order simply does not suffice.

**IT IS ORDERED** that Defendant's Unopposed Motion to File Under Seal Hartford's Motion for Protective Order Regarding 30(b)(6) Deposition (Dkt. #55) is **Denied** without prejudice.

**IT IS FURTHER ORDERED** that Hartford shall comply with the requirements of LR 6-2 governing the required form of order for stipulations, ex parte, or unopposed motions in any future application for relief from the court.

Dated this 27th day of September, 2013.

                                                  _____
                                                  Peggy A. Leen
                                                  United States Magistrate Judge