**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LOUIS RANDOLPH FARRING,          )
                                 )
                Plaintiff,       )    Case No. 2:12-cv-00479-JCM-PAL
                                 )
vs.                              )          **ORDER**
                                 )
HARTFORD FIRE INSURANCE COMPANY, )      (Mot to Seal - Dkt. #60)
                                 )
                Defendant.       )
_____)

      Before the court is Defendant's Motion for Leave to File Document Under Seal in Support of Non-Dispositive Motion - Exhibit C to Hartford's Motion for Protective Order Regarding 30(b)(6) Deposition (Dkt. #60). No opposition has been filed, and the time for filing an opposition has expired. Having reviewed and considered the matter the court finds good cause to seal the exhibit based on representations it contains proprietary information about Hartford's business relationship and claims handling procedures with its third party administrator, Sedgwick, which required expenditure of time and business capital to establish. That disclosure to competitors would cause loss of competitive advantage.

      **IT IS ORDERED** that Defendant's Motion for Leave to File Document Under Seal (Dkt. #60) is **GRANTED.**

      Dated this 7th day of November, 2013.

                                                  _____
                                                  Peggy A. Leen
                                                  United States Magistrate Judge