**James C. Mahan**
**U.S. District Judge**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS RANDOLPH FARRING,<br><br>      Plaintiff,<br><br>v.<br><br>HARTFORD FIRE INSURANCE COMPANY,<br><br>      Defendant. | 2:12-CV-479 JCM (PAL) |

### ORDER

Presently before the court is defendant Hartford Fire Insurance Company's motion for leave to file reply in support of a motion in limine. (Doc. # 57). Also before the court is plaintiff Louis Randolph Farring's motion for leave to file a reply in support of a motion in limine. (Doc. # 72). These motions have been filed pursuant to Local Rule 16-3(b), which states that "[r]eplies will be allowed only with leave of the [c]ourt."

Each party states that a reply is warranted on their respective motion in limine in order to clarify misstatements and misrepresentations in the other's response. Further, each says that giving leave for their own to reply will not prejudice the other.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Hartford Fire Insurance Company's motion for leave to file reply in support of a motion in limine (doc. # 57) be, and the same hereby is, GRANTED.

1    IT IS FURTHER ORDERED that plaintiff Louis Randolph Farring's motion for leave to file
2 a reply in support of a motion in limine (doc. # 72) is GRANTED.
3    IT IS FURTHERED ORDERED that the parties file their respective replies within seven days
4 of entry of this order.
5    DATED January 23, 2014.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -